UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>Plaintiff[s]: Veronica Halsen (née Dawson)<br><br>Case No.: 2:26-cv-04301 | MDL NO. 2921<br><br>Honorable Brian R. Martinotti<br>District Court Judge<br><br>Honorable Joseph A. Dickson<br>Magistrate Judge<br><br>NOTICE OF CHANGE OF ADDRESS/FIRM, WITHDRAWAL, AND SUBSTITUTION OF COUNSEL |

TO: THE CLERK OF THE COURT; and

TO: ALL PARTIES AND COUNSEL OF RECORD.

PLEASE TAKE NOTICE that the undersigned attorney, Elizabeth A. Hanley, counsel for Plaintiff Veronica Halsen (née Dawson) has changed law firms. Effective September 1, 2026, Ms. Hanley is a senior partner at the Stritmatter Law Firm and no longer practices law at the law firm of Schroeter Goldmark & Bender.

Please also take notice that Schroeter Goldmark & Bender Thomas J. Breen, withdraws as counsel for Plaintiff Veronica Halsen (née Dawson).



SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

Attorney Elizabeth A. Hanley of Stritmatter Law substitutes as counsel for Plaintiff Veronica Halsen (née Dawson). Copies of all future pleadings, correspondence, notices and/or papers of any kind in this action are to be served at the address below:

Stritmatter Law Firm
3600 15th Ave. W Ste. 300
Seattle, WA 98119

DATED this 22nd day of October, 2026.

STRITMATTER LAW

[signature]
Elizabeth A. Hanley, WSBA #38233
Shannon Kilpatrick, WSBA # 41495
3600 15th Ave. W Ste. 300
Seattle, WA 98119
Fax: 206.728.2131
Phone: 206.448-1777
elizabethh@stritmatter.com

*Substituting Attorney for Plaintiff Veronica Halsen (née Dawson)*

SCHROETER GOLDMARK & BENDER

[signature]
Thomas J. Breen, WSBA #34574
401 Union Street, Suite 3400
Seattle, WA 98101

*Withdrawing Attorney for Plaintiff Veronica Halsen (née Dawson)*